# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

*Leave to Appeal From Attorney Discipline Board Denied January 26, 1987:*

GRIEVANCE ADMINISTRATOR v MOURADIAN, Nos. 79822, 80012.

*Rehearings Denied February 3, 1987:*

DIXON ROAD GROUP v CITY OF NOVI, No. 75767. Reported at 426 Mich 390.

KOSKI v VOHS, No. 75140. Reported at 426 Mich 424.

KOVACS v CHESAPEAKE AND OHIO RAILWAY COMPANY, No. 74779. Reported at 426 Mich 647.

SZOPKO v KINSMAN MARINE TRANSIT COMPANY, No. 74646. Reported at 426 Mich 653.

*Ordered to be Published February 9, 1987:*

PROPOSED AMENDMENT OF MCR 7.212. On order of the Court, this is to advise that the Court is considering whether to amend MCR 7.212. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

[The present language is to be repealed and replaced by the following language unless otherwise indicated below:]

RULE 7.212. BRIEFS.

(A)-(B) [Unchanged.]

(C) Appellant's Brief; Contents. The appellant's brief must contain, in the following order:

(1)-(5) [Unchanged.]

(6) The arguments, each portion of which must be prefaced by the principal point stated in capital letters or boldface type. Facts stated must be supported by specific page references to the record. If determination of the issues presented requires the study of a constitution, statute, ordinance, administrative rule, court rule, rule of evidence, judgment, order, written instrument, or document, or relevant part thereof, this material shall be reproduced in the brief or in an addendum to the brief;